UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CR-279-FL

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN BARBER | ORDER TO SEAL |

On motion of the Defendant, SHAWN BARBER, and for good cause shown, it is hereby ORDERED that DE 64 be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 18th day of March, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge