# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Shawn Barber ) | Case No: 5:08-CR-279-1FL |
| ) | USM No: 51352-056 |
| Date of Original Judgment: May 13, 2009 ) | |
| Date of Previous Amended Judgment: October 20, 2014 ) | Robert Waters |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## MODIFIED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   162   months **is reduced to**   72 months on Count 1   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Count 7 remains 60 months, consecutive, for a total sentence of 132 months. The supervised release term in Count 1 is reduced to 4 years, concurrent with the 3-year term in Count 7.

If the amount of time the defendant has already served exceeds this sentenced, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated  May 13, 2009, and October 20, 2014,  shall remain in effect. **IT IS SO ORDERED.**

Order Date: April 4, 2019

*/s/ Louise V. Flanagan*
*Judge's Signature*

Effective Date: _____
*(if different from order date)*

Louise W. Flanagan   U.S. District Judge
*Printed name and title*